1  Mark P. Robinson, Bar No. 54426
2  Kevin F. Calcagnie, Bar No. 108994
   Daniel S. Robinson, Bar No. 244245
3  ROBINSON, CALCAGNIE & ROBINSON INC.
   620 Newport Center Drive, 7th Floor
4  Newport Beach, CA 92660
   Tel: (949) 720-1288
5  Fax: (949) 720-1292
6  mrobinson@rcrlaw.net
   kcalcagnie@rcrlaw.net
7  drobinson@rcrlaw.net

8  Scott J. Ferrell, Bar No. 202091
   Matthew R. Orr, Bar No. 211097
9  Julie R. Trotter, Bar No. 209675
   Scot D. Wilson, Bar No. 223367
10 CALL, JENSEN & FERRELL
   A Professional Corporation
11 610 Newport Center Drive, Suite 700
   Newport Beach, CA  92660
12 Tel: (949) 717-3000
   Fax: (949) 717-3100
13
14 sferrell@calljensen.com
   morr@calljensen.com
15 jtrotter@calljensen.com
   swilson@calljensen.com
16

17 Attorneys for Plaintiffs and the Class

18            UNITED STATES DISTRICT COURT

19          SOUTHERN DISTRICT OF CALIFORNIA

20

21 VANCE MONROE and MAC                  Case No. '09 CV 1207 L      POR
   GONZALES, individually and on behalf of
22 all others similarly situated,
                                          CLASS ACTION COMPLAINT
23            Plaintiffs,

24       vs.

25
   BIOTAB NUTRACEUTICALS, INC., a         JURY TRIAL DEMANDED
26 California corporation; DANIEL S. STEIN,
   M.D., an individual; GENERAL
27 NUTRITION CORPORATION, dba GNC,
   a Pennsylvania corporation; STG MEDIA
28

CALL, JENSEN &
FERRELL
A PROFESSIONAL
CORPORATION

ORIGINAL

1  CORP., dba SELECT TITLE GROUP
2  MEDIA SALES, an Arizona corporation;
   STG RETAIL DIRECT, an Arizona
3  corporation; STG INTERACTIVE LLC, an
   Arizona limited liability company; CVS
4  CAREMARK CORP., dba CVS and DOES
   1-10, Inclusive,
5
6        Defendants.

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CALL, JENSEN &
FERRELL
A PROFESSIONAL
CORPORATION

EXT02-01:505817_1.DOC:6-3-09

CLASS ACTION COMPLAINT

## I.   **INTRODUCTION**

Defendants are defrauding hundreds of thousands of unwary consumers by selling a pill ("ExtenZe") that claims to increase penis size with no risk of side effects and a 100% money back guarantee. They market these pills as revolutionary and backed by science. Furthermore, Defendant Biotab Nutraceuticals, Inc. ("Biotab") lures consumers into purchasing the product by offering a risk-free 7-day trial (a time period which by its own standards is insufficient for the pill to have any effect), but then enrolls the purchaser in automatic recurring payments without authorization.

Defendants' claims are false and their marketing strategies are misleading.  In offering ExtenZe for sale, Defendants have violated California's Consumer Legal Remedies Act ("CLRA," Civil Code §§ 1750–1784), California's False Advertising Law ("FAL," Business and Professions Code §§ 17500–17536), California's Unfair Competition Act ("UCA," Business and Professions Code §§ 17200 *et seq.*), California's Sherman Food, Drug, and Cosmetic Act (the "Sherman Law," Health and Safety Code §§ 108975–111915), and California's warranty laws. Plaintiffs bring this lawsuit to enjoin these lies and to recover the many millions of dollars generated by Defendants via their false and misleading claims.

## II.   **INTERNET ACCESS**

For ease of access a summary and copy of this lawsuit can be found at www.extenzelawsuit.com.

## II.   **THE PARTIES**

1.   Plaintiffs Vance Monroe and Mac Gonzales are residents of California and have purchased ExtenZe from GNC or CVS.

2.   Plaintiffs are informed and believe that defendant Biotab Nutraceuticals, Inc. ("Biotab"), is a California corporation with its principal place of business in California.

/ / /

/ / /

CALL, JENSEN &
FERRELL
A PROFESSIONAL
CORPORATION

EXT02-01:505817_1.DOC:6-3-09                - 1 -

CLASS ACTION COMPLAINT

3.     Plaintiffs are informed and believe that Defendant Daniel S. Stein, M.D. is an individual residing in the State of Florida.  Dr. Stein is a paid endorser of ExtenZe who has made and continues to make false claims which he has and continues to profit from.  Further Dr. Stein influences and controls Biotab Nutraceuticals, Inc.

4.     Plaintiffs are informed and believe that General Nutrition Corporation, dba GNC ("GNC"), is a Pennsylvania corporation operating in California.

5.     Plaintiffs are informed and believe that STG Media Corp., dba Select Title Group Media Sales ("STG Media"), is an Arizona corporation operating in California.

6.     Plaintiffs are informed and believe that STG Retail Direct ("STG Retail Direct") is an Arizona corporation operating in California.

7.     Plaintiffs are informed and believe that STG Interactive LLC ("STG Interactive") is an Arizona limited liability company operating in California

8.     Plaintiffs are informed and believe that CVS Caremark Corp., dba CVS ("CVS") is a Delaware Corporation operating in California.

9.     Plaintiffs do not know the true names or capacities of the persons or entities sued herein as DOES 1 to 10, inclusive, and therefore sue such Defendants by such fictitious names.  Plaintiffs are informed and believe and thereon allege that each of the DOE Defendants is in some manner legally responsible for the damages suffered by Plaintiffs and the members of the class as alleged herein.  Plaintiffs will amend this complaint to set forth the true names and capacities of these Defendants when they have been ascertained, along with appropriate charging allegations, as may be necessary.

### III.    JURISDICTION AND VENUE

10.     This Court has subject matter jurisdiction over all causes of action asserted herein pursuant to 28 U.S.C. §§ 1331 and 1367. This action involves substantial federal questions, including the construction of the federal Food, Drug, & Cosmetics Act and its accompanying regulations. This court has supplemental jurisdiction over state law claims because they are so related to the claims involving a federal question that they form part of the same case or controversy.

CALL, JENSEN &
FERRELL
A PROFESSIONAL
CORPORATION

EXT02-01:505817_1.DOC:6-3-09                    - 2 -

CLASS ACTION COMPLAINT

11.     This Court also has subject matter jurisdiction under 28 U.S.C. § 1332(d) because members of the Plaintiff Class are citizens of different states from Defendants and the amount in controversy exceeds $5,000,000.

12.     Venue is proper in this Court because Plaintiffs purchased ExtenZe in this Judicial District and because Defendants received substantial compensation from sales in this Judicial District.

13.     Defendants and other out-of-state participants can be brought before this Court pursuant to state and federal law.

## IV.    FACTS

14.     The manufacture and marketing of sexual enhancement products is a multi-billion-dollar industry in the United States. Some products come in the form of prescription drugs, but most are marketed as dietary supplements. Among these dietary supplements, many products claim to increase penis size, improve the size and quality of an erection, and/or otherwise improve sexual desire or performance.

15.     ExtenZe is a dietary supplement marketed by Defendants that claims to enlarge the size of the penis and increase sexual desire, pleasure, and performance in men. Its key ingredients are a blend of prohormones (DHEA and Pregnenolone) and a blend of herbal ingredients including yohimbe, tribulus terrestris, Korean ginseng, etc. Attached as Exhibit A hereto is a true and correct copy of the product label.

16.     Defendant Biotab guarantees that ExtenZe will temporarily increases penis size within a few weeks when used as directed. It claims that it is "100% safe," with no reported side effects, and that it works for every man. To create the image of legitimacy, Biotab claims that ExtenZe is "medically designed" and developed using "the same type of research that created miracle drugs like Viagra." Biotab also pays Dr. Daniel Stein M.D., a specialist in obstetrics and gynecology, to endorse the product, using the phrase "Clinically Tested and Doctor Approved." Attached hereto as Exhibit B is a true and correct copy of the advertising materials for ExtenZe available on its website.

/ / /

CALL, JENSEN &
FERRELL
A PROFESSIONAL
CORPORATION

17.     Defendant Biotab markets ExtenZe as a drug. Its label identifies ExtenzZe with the words "ambesium labidrol," a name that, while concocted to sound like a medicinal formula, in fact has no scientific meaning or history. Furthermore, Defendants market ExtenZe as a treatment for erectile dysfunction, indicating that they intend ExtenZe to be used as a drug within the meaning of the U.S. Food Drug and Cosmetic Act, 21 U.S.C. § 321(g)(1)(B) ("The term 'drug' means . . . articles intended for use in the diagnosis, cure, mitigation, treatment, or prevention of disease in man or other animals."). The FDA, however, has never approved ExtenZe for distribution as a drug. ExtenZe, therefore, also violates <u>California Health and Safety Code</u> § 110403(aa).

18.     Furthermore, the ExtenZe packaging describes it with the words, "Maximum Strength." However, none of the active dietary ingredients have any established Reference Daily Intake ("RDI") or Daily Reference Value ("DRV"). Under FDA standards, "maximum strength" claims may only be used to describe nutrients which are present at 100 percent or greater of the RDI per serving or customary dosage. 21 C.F.R. 101.54(f). ExtenZe is, therefore, misbranded because it claims to be "Maximum Strength" but does not identify which ingredients are described by the claim.

19.     ExtenZe is advertised as "Clinically Tested and Doctor Approved." The clinical tests on which the claim relies, however, are grossly deficient in that they are biased, were not performed by qualified persons, and did not follow generally accepted scientific procedures. In fact, Daniel S. Stein, M.D., the director of the "studies" and doctor touted to have "approved" ExtenZe, in fact has a direct financial interest in the sales of ExtenZe.

20.     On information and belief, Defendants STG Media, STG Retail Direct, and STG Interactive assisted Defendant Biotab in developing its marketing campaign for ExtenZe and facilitated its sale by purchasing direct response print media and facilitating distribution of ExtenZe in retail stores, including but not limited to CVS.

/ / /

CALL, JENSEN &
FERRELL
A PROFESSIONAL
CORPORATION

EXT02-01:505817_1.DOC:6-3-09                    - 4 -
CLASS ACTION COMPLAINT

1    21.    Defendants GNC and CVS offer ExtenZe for sale in their retail outlets and

2    on their websites and include Biotab's claims in their advertisements for ExtenZe.

3    **V.    CLASS ACTION ALLEGATIONS**

4    22.    Plaintiffs bring this class action for damages and other monetary relief on

5    behalf of the following class:

6              All   persons   located   within   California   who

7              purchased   ExtenZe   within   the   last   3   years

8              ("Class").

9    23.    Excluded from the Class are governmental entities, Defendants, any entity

10   in which Defendants have a controlling interest, and Defendants' officers, directors,

11   affiliates, legal representatives, employees, co-conspirators, successors, subsidiaries,

12   and assigns.   Also excluded from the Class is any judge, justice, or judicial officer

13   presiding over this matter and the members of their immediate families and judicial

14   staff.

15   24.    **Numerosity**:  The proposed Class is so numerous that individual joinder of

16   all its members is impracticable.  Due to the nature of the trade and commerce involved,

17   however, Plaintiffs believe that the total number of Class members is at least in the tens

18   of thousands and members of the Class are numerous and geographically dispersed

19   across California.   While the exact number and identities of the Class members are

20   unknown at this time, such information can be ascertained through appropriate

21   investigation and discovery.  The disposition of the claims of the Class members in a

22   single class action will provide substantial benefits to all parties and to the Court.

23   25.    **Common Questions of Law and Fact Predominate**:   There are many

24   questions of law and facts common to the representative Plaintiffs and the Class, and

25   those questions substantially predominate over any questions that may affect individual

26   Class members.  Common questions of fact and law include, but are not limited to, the

27   following:

28

CALL, JENSEN &
FERRELL
A PROFESSIONAL
CORPORATION

EXT02-01:505817_1.DOC:6-3-09              - 5 -

a.   Whether Defendants claim or have claimed that ExtenZe increases penis size;

b.   Whether Defendants claim or have claimed that ExtenZe is 100% safe and has no negative side effects;

c.   Whether Defendants' claims are accurate;

d.   Whether Defendants' claims have any adequate and reliable scientific basis;

e.   Whether Defendants improperly market ExtenZe as a drug;

f.   Whether ExtenZe is a drug within the meaning of the FDCA;

g.   Whether Defendants falsely claim that ExtenZe has been "clinically tested" and/or "doctor approved;"

h.   Whether Defendants have engaged in unfair, unlawful and/or fraudulent business practices;

i.   Whether Defendants have failed to disclose material facts about products; and

j.   Whether Defendants have breached the implied covenant of good faith and fair dealing with Plaintiffs and the Class.

26.   **Typicality:**  Plaintiffs' claims are typical of the claims of the members of the Class.  Plaintiffs and all members of the Class have been similarly affected by Defendants' common course of conduct since the product they bought does not have the properties it is claimed to have and was sold pursuant to false and misleading advertisements.

27.   **Adequacy of Representation:**   Plaintiffs will fairly and adequately represent and protect the interests of the Class.  Plaintiffs have retained counsel with substantial experience in handling complex class action litigation.  Plaintiffs and their counsel are committed to vigorously prosecuting this action on behalf of the Class and have the financial resources to do so.  Plaintiffs' lead counsel, Mark Robinson and Scott Ferrell, are two of the nation's premier trial lawyers.  Their trial victories have been

1  publicized on CNN, Fox News, MSNBC, and nearly every major California newspaper.

2  They have been profiled by the California Daily Journal as two of California's Top 100

3  Rainmakers and the Most Influential Attorneys in California.  Their published opinions

4  include: (1)   *Rivera v. Bio Engineered Supplements & Nutrition, Inc.,* 2008 WL

5  4906433 (Nov. 2008); *In Re BCBG,* 163 Cal. App. 4th 1293 (June 2008); (2) *Chalk v.*

6  *T-Mobile USA, Inc,* 2006 WL 2599506, (Sept. 2006); (3) *Wolski v. Fremont Investment*

7  *& Loan,* 127 Cal. App. 4th 347 (2005); (4) *Pollard v. Ericsson,* 125 Cal. App. 4th 214

8  (2004); (5) *Knevelbaard v. Public Storage, Inc.,* 2004 Westlaw 2185849; and (6)

9  *Consumer Cause, Inc. v. Emerging Vision, Inc.,* 2004 Westlaw 717001.

10       28.   **Superiority of a Class Action**:  Plaintiffs and the members of the Class

11  suffered, and will continue to suffer, harm as a result of Defendants' unlawful and

12  wrongful conduct.  A class action is superior to other available methods for the fair and

13  efficient adjudication of the present controversy.  Individual joinder of all members of

14  the class is impractical.  Even if individual class members had the resources to pursue

15  individual litigation, it would be unduly burdensome to the courts in which the

16  individual litigation would proceed.   Individual litigation magnifies the delay and

17  expense to all parties in the court system of resolving the controversies engendered by

18  Defendants' common course of conduct.  The class action device allows a single court

19  to provide the benefits of unitary adjudication, judicial economy, and the fair and

20  efficient handling of all class members' claims in a single forum.  The conduct of this

21  action as a class action conserves the resources of the parties and of the judicial system

22  and protects the rights of the class member.  Furthermore, for many, if not most, a class

23  action is the only feasible mechanism that allows therein an opportunity for legal

24  redress and justice.

25       29.   Adjudication of individual class members' claims with respect to the

26  Defendants would, as a practical matter, be dispositive of the interests of other members

27  not parties to the adjudication, and could substantially impair or impede the ability of

28  other class members to protect their interests.

CALL, JENSEN &
FERRELL
A PROFESSIONAL
CORPORATION

# CAUSES OF ACTION

## FIRST CAUSE OF ACTION

## VIOLATION OF CALIFORNIA CONSUMER LEGAL REMEDIES ACT

### (On behalf of Class)

30.     Plaintiffs incorporate by this reference the preceding allegations as if fully set forth herein and, to the extent necessary, plead this cause of action in the alternative.

31.     Plaintiffs have standing to pursue this claim as Plaintiffs have suffered injury in fact and have lost money or property as a result of Defendants' actions as set forth herein.

32.     This cause of action is brought on behalf of all people of the State of California in accordance with the provisions of the California Consumer Legal Remedies Act (California Civil Code § 1770).   Class members have lost money or property as a result of Defendants' actions as set forth herein.

33.     Defendants' wrongful business practices constituted, and constitute, a continuing course of conduct of violation of the Consumer Legal Remedies Act since Defendants are still representing that their products have characteristics and abilities which are false and misleading.

34.     Defendants' wrongful business practices have caused injury to Plaintiffs and the Class.

35.     Pursuant to section 1770 of the California Civil Code, Plaintiffs and the Class seek an order of this court enjoining Defendants from continuing to engage in unlawful, unfair, or deceptive business practices and any other act prohibited by law, including those set forth in the complaint.   Plaintiffs and the Class seek an order requiring Defendants to make full restitution of all moneys it wrongfully obtained from Plaintiffs and the Class.   Plaintiffs and the Class also seek Punitive damages since Defendants were put on notice of its violation of the California Legal Remedies Act and took no remedial actions.

/ / /

CALL, JENSEN &
FERRELL
A PROFESSIONAL
CORPORATION

EXT02-01:505817_1.DOC:6-3-09                      - 8 -

CLASS ACTION COMPLAINT

## SECOND CAUSE OF ACTION

## UNJUST ENRICHMENT

### (On behalf of Class)

36.    Plaintiffs incorporate by this reference the preceding allegations as if fully set forth herein and, to the extent necessary, plead this cause of action in the alternative.

37.    Through the conduct described herein, Defendants have received money belonging to Plaintiffs and the Class through the sale of its supplement ExtenZe.

38.    Defendants have reaped substantial profit by misrepresenting and/or concealing the facts regarding their product that purportedly guarantees increases in penis size without risk of side effects in just a few weeks. Ultimately, this has resulted in Defendants' wrongful receipt of profits and injury to Plaintiffs and the Class. Defendants have benefited from the receipt of such money that they would not have received but for their misrepresentation and/or concealment.

39.    As a direct and proximate result of Defendants' misconduct as set forth herein, Defendants have been unjustly enriched.

40.    Under principles of equity and good conscience, Defendants should not be permitted to keep the money belonging to Plaintiffs and the Class which Defendants have unjustly received as a result of their actions.

## THIRD CAUSE OF ACTION

## FRAUD

### (On behalf of Class)

41.    Plaintiffs incorporate by this reference the preceding allegations as if fully set forth herein and, to the extent necessary, plead this cause of action in the alternative.

42.    As alleged herein, Plaintiffs are informed and believe and thereon allege that Defendants have made at least the following uniform material misrepresentations to Plaintiffs and the Class:

a.    Defendants claim ExtenZe can safely increase penis and erection size, provide harder and more frequent erections, provide more

CALL, JENSEN &
FERRELL
A PROFESSIONAL
CORPORATION

EXT02-01:505817_1.DOC:6-3-09                    - 9 -

CLASS ACTION COMPLAINT

intense orgasms, make erections last longer, make getting an erection easier and more reliable, enhance sexual desire, power, pleasure, and performance, and improve overall sex life and penile sensitivity, all without risk of side effects. In fact, ExtenZe can **do no such thing**.

b.  Defendants misleadingly represent ExtenZe as "medically designed," "clinically tested and doctor approved," and based on "the same type of research that created miracle drugs like Viagra," when in fact no reasonable qualified expert familiar with the product would describe it in these terms.

c.  Defendants use misleading pseudo-scientific nomenclature (identifying ExtenZe by the name, "ambesium labidrol") and phraseology (describing ExtenZe as "Maximum Strength") to imply that ExtenZe is medication.

43.   Plaintiffs are informed and believe and thereon allege, that in doing the things alleged above, Defendants acted fraudulently and deceitfully with knowledge that Plaintiffs and the Class would rely on their actions and omissions. Defendants made the aforesaid material representations and/or concealed material facts to induce Plaintiffs and the Class to act in reliance on the misrepresentations and statements.

44.   Plaintiffs and the Class at all times are presumed to have reasonably and justifiably relied both directly and indirectly on the actions and representations of Defendants.

45.   As a direct and proximate result of Defendants' fraud, Plaintiffs and the Class have suffered actual damages in an amount not presently known, but which will be shown by proof at time of trial, including incidental and consequential damages, interest, and reasonable attorneys' fees.

46.   Plaintiffs are informed and believe and thereon allege that Defendants undertook the aforesaid illegal acts intentionally or with conscious disregard of the

CALL, JENSEN &
FERRELL
A PROFESSIONAL
CORPORATION

EXT02-01:505817_1.DOC:6-3-09                    - 10 -
CLASS ACTION COMPLAINT

1   rights of Plaintiffs and the Class, and did so with fraud, oppression, and malice.
2   Therefore, Plaintiffs and the Class are also entitled to punitive damages against
3   Defendants in an amount that will be shown by proof at trial.

### FOURTH CAUSE OF ACTION

### VIOLATION OF CALIFORNIA BUSINESS AND PROFESSIONS

### CODE SECTIONS 17200 ET SEQ.

#### (On behalf of Class)

8       47.    Plaintiffs incorporate by this reference the preceding allegations as if fully
9   set forth herein and, to the extent necessary, plead this cause of action in the alternative.

10       48.    Plaintiffs have standing to pursue this claim as Plaintiffs have suffered
11   injury in fact and have lost money or property as a result of Defendants' actions as set
12   forth herein.

13       49.    Defendants' actions as alleged in this complaint constitute an unfair or
14   deceptive business practice within the meaning of California Business and Professions
15   Code § 17200 in that Defendants' actions are unfair, unlawful, and fraudulent, and
16   because Defendants have made unfair, deceptive, untrue or misleading statements in
17   advertising media, including the Internet, within the meaning of California Business and
18   Professions Code §§ 17500, et seq.

19       50.    Defendants' business practices, as alleged herein, are unfair because they
20   offend established public policy and/or are immoral, unethical, oppressive,
21   unscrupulous and/or substantially injurious to consumers in that consumers are
22   potentially mislead by the claim that ExtenZe is guaranteed to safely increase penis size
23   and sexual performance with no risk of side effects and is offered on a risk-free trial
24   basis.

25       51.    Defendants' business practices as alleged herein are unlawful in, but not
26   limited to, the following ways:

27           a.    the conduct constitutes false marketing and advertising;

28

CALL, JENSEN &
FERRELL
A PROFESSIONAL
CORPORATION

b.   ExtenZe is misbranded within the meaning of <u>California Health &</u> <u>Safety Code</u> §§ 110665, 110705, and 110670, and 21 U.S.C. §§ 343(g) and 343(r).

c.   ExtenZe is unlawfully labeled in violation of <u>California Health &</u> <u>Safety Code</u> § 114089

52.   Defendants' business practices as alleged herein are fraudulent because they are likely to deceive customers into believing that ExtenZe will safely increase penis size and sexual performance when in fact it can do no such thing.

53.   Defendants' wrongful business practices constituted, and constitute, a continuing course of conduct of unfair competition since Defendants are marketing and selling their products in a manner likely to deceive the public.

54.   Defendants' wrongful business practices have caused injury to Plaintiffs and the Class.

55.   Pursuant to <u>California Business and Professions Code</u> § 17203, Plaintiffs and the Class seek an order of this court enjoining Defendants from continuing to engage in unlawful, unfair, or deceptive business practices and any other act prohibited by law, including those set forth in the complaint.  Plaintiffs and the Class also seek an order requiring Defendants to make full restitution of all moneys it wrongfully obtained from Plaintiffs and the Class.

## FIFTH CAUSE OF ACTION
## BREACH OF EXPRESS WARRANTY IN VIOLATION OF CALIFORNIA
## COMMERCIAL CODE § 2313
### (On behalf of Class)

56.   Plaintiffs incorporate by this reference the preceding allegations as if fully set forth herein and, to the extent necessary, plead this cause of action in the alternative.

57.   Plaintiffs have standing to pursue this claim as Plaintiffs have suffered injury in fact and have lost money or property as a result of Defendants' actions as set forth herein.

CALL, JENSEN &
FERRELL
A PROFESSIONAL
CORPORATION

EXT02-01:505817_1.DOC:6-3-09                    - 12 -
CLASS ACTION COMPLAINT

58.   Defendants have made an express affirmation of fact-that ExtenZe:

    a.  will increase penis size;

    b.  will improve sexual performance;

    c.  is 100% safe; and

    d.  has no side effects

These affirmations are false.

59.   Plaintiffs relied on Defendants' false affirmation.

60.   Defendants' false express affirmation has caused injury to Plaintiffs and the Class.

## SIXTH CAUSE OF ACTION

## BREACH OF IMPLIED WARRANTY IN VIOLATION OF CALIFORNIA

## COMMERCIAL CODE §§ 2314–2315

### (On behalf of Class)

61.   Plaintiffs incorporate by this reference the preceding allegations as if fully set forth herein and, to the extent necessary, plead this cause of action in the alternative.

62.   Plaintiffs have standing to pursue this claim as Plaintiffs have suffered injury in fact and have lost money or property as a result of Defendants' actions as set forth herein.

63.   Defendants sold ExtenZe with the implied warranty of merchantability in that the product would pass without objection in the trade, is fit for the ordinary purpose for which it is used, is adequately contained, packaged, and labeled, and conforms to the promises or affirmations of fact made on the container and label. ExtenZe does not meet these criteria.

64.   Defendants sold ExtenZe with the implied warranty of fitness in that Defendants had reason to know of the particular purpose for which the product was required (i.e., as a penis enlarger) and Plaintiffs and Class members relied upon Defendants' skill and judgment to furnish suitable goods. ExtenZe is not suitable for the purpose for which it is required and sold.

CALL, JENSEN &
FERRELL
A PROFESSIONAL
CORPORATION

EXT02-01:505817_1.DOC:6-3-09                                      - 13 -

CLASS ACTION COMPLAINT

65.    The defects in ExtenZe existed prior to the delivery of the product to Plaintiffs and the Class members.

66.    Defendants' breach of the implied warranty has caused injury to Plaintiffs and the Class.

### SEVENTH CAUSE OF ACTION

### UNTRUE AND MISLEADING ADVERTISING IN VIOLATION OF

### CALIFORNIA BUSINESS AND PROFESSIONS CODE §§ 17500 *ET SEQ.*

### (On behalf of Class)

67.    Plaintiffs incorporate by this reference the preceding allegations as if fully set forth herein and, to the extent necessary, plead this cause of action in the alternative.

68.    Plaintiffs have standing to pursue this claim as Plaintiffs have suffered injury in fact and have lost money or property as a result of Defendants' actions as set forth herein.

69.    Defendants engaged in the deceptive conduct alleged hereinabove, which included deceptive and untrue representations regarding ExtenZe, representations made to induce the public to purchase the product.

70.    Defendants were aware, or by the exercise of reasonable care should have been aware, that the representations were untrue or misleading.

71.    Pursuant to California Business & Professions Code § 17535, Plaintiffs and Class members are entitled to remedies as set forth in this complaint.

### PRAYER FOR RELIEF

Wherefore, Plaintiffs and members of the Class request that the Court enter an order or judgment against Defendants as follows:

1.    Certification of the proposed classes and notice thereto to be paid by Defendants;

2.    Adjudge and decree that Defendants have engaged in the conduct alleged herein;

3.    For restitution and disgorgement on certain causes of action;

CALL, JENSEN &
FERRELL
A PROFESSIONAL
CORPORATION

EXT02-01:505817_1.DOC:6-3-09               - 14 -
CLASS ACTION COMPLAINT

4.    For an injunction ordering Defendants to cease and desist from engaging in the unfair, unlawful, and/or fraudulent practices alleged in the Complaint;

5.    For compensatory and general damages according to proof on certain causes of action;

6.    For both pre and post-judgment interest at the maximum allowable rate on any amounts awarded;

7.    Costs of the proceedings herein;

8.    Reasonable attorneys' fees as allowed by statute; and

9.    Any and all such other and further relief that this Court may deem just and proper, including but not limited to punitive damages.

Dated:  June 3, 2009

CALL, JENSEN & FERRELL
A Professional Corporation
Scott J. Ferrell
Matthew R. Orr
Julie R. Trotter
Scot D. Wilson

By: _____
Scott J. Ferrell

Attorneys for Plaintiffs and the Class

CALL, JENSEN &
FERRELL
A PROFESSIONAL
CORPORATION

EXT02-01:505817_1.DOC:6-3-09

- 15 -

CLASS ACTION COMPLAINT

1

## DEMAND FOR JURY TRIAL

2        Pursuant to Federal Rule of Civil procedure Section 38(b), Plaintiffs and the

3    Class demand a trial by jury on all issues so triable.

4

5    Dated:  June 3, 2009                    CALL, JENSEN & FERRELL
                                             A Professional Corporation
6                                            Scott J. Ferrell
                                             Matthew R. Orr
7                                            Julie R. Trotter
                                             Scot D. Wilson
8

9
                                             By: _____
10                                                 Scott J. Ferrell

11                                           Attorneys for Plaintiffs and the Class

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CALL, JENSEN &
FERRELL
A PROFESSIONAL
CORPORATION

# EXHIBITS A-B
## TO CLASS ACTION COMPLAINT

EXHIBIT A                                    PAGE 17

EXHIBIT B                                    PAGE 18

**EXHIBIT A**



**EXHIBIT A**



Home | How It Works | Meet Dr. Stein | FAQs | Guarantee | Customer Service | Try It Free Today!

# No Gimmick . . . Just Real Science!

The same type of research that created miracle drugs like Viagra®, has now created a revolutionary herbal pill that will increase your penis size* while you are taking the product as directed, or your <u>money back</u>.

ExtenZe® Male Enhancement is the proprietary blend of herbs and medical grade substances that can truly make a difference in your life. Being larger is not impossible and it doesn't require surgery, prescriptions, gadgets or exercises. All it takes is taking a simple tablet. A tablet may seem too simple, but it's not. Simple tablets have been making a difference in our lives for over half a century . . . from relieving pain, improving our health, managing our weight and increasing our energy. "Simple tablets" can be considered the mini-miracles of modern times.

Having a larger penis* and enjoying a more fulfilling sex life is possible and attainable.



With today's technical advancements in chemistry and medicine, there is no reason for a man not to have a larger penis and a better love life. A man with a larger, harder penis may be more confident and experience greater pleasure from sex.

*Temporary increase in size while you use ExtenZe®. Individual results may vary.

Viagra® is a registered trademark of Pfizer, Inc.



**Clinically Tested and Doctor Approved**
Daniel S. Stein, M.D., F.A.C.O.G., author of Passionate Sex, is the founder and medical director of The Foundation for Intimacy and The Stein Medical Institute.

<u>Learn more about Dr. Stein</u>

**SEE AN INCREASE IN SIZE AND WIDTH**
If you don't experience real growth in both girth and width with ExtenZe® as long as the product is taken as directed, or you are not satisfied for any reason with ExtenZe®, just return the packaging for a complete refund.

## *Enhance your desire, pleasure and performance!*
## *Order Today!*

**EXHIBIT B**



# Or Call 800-298-3171

**For telephone orders, call 800-298-3171**
**For customer service, call 800-727-1664, Monday through Friday,**
**6 AM to 7 PM PST.**



These statements have not been evaluated by the Food and Drug Administration. ExtenZe® is not intended to diagnose, treat, cure, or prevent any disease.

© 2009 Biotab Nutraceuticals, Inc.  All rights reserved. • Terms and Conditions/Privacy Policy
ExtenZe® is a registered trademark of Biotab Nutraceuticals, Inc.

ExtenZe en Espanol

# ExtenZe

**The All-Natural Male Enhancement Tablet
That Can Really Make A Difference!**

Home   |   How It Works   |   Meet Dr. Stein   |   FAQs   |   Guarantee   |   Customer Service   |   Try It Free Today!

## *No Gimmick . . . Just Real Science!*

### How It Works

**How Does ExtenZe® Work?**

ExtenZe® is a safe and effective blood flow stimulator that makes the most of your natural potential. The penis is made up of three erectile chambers. When aroused, blood flow increases into these chambers, and the outflow of blood is decreased, producing an erection. The more blood that is pushed into the chambers, the larger you can become.

ExtenZe® helps force more blood flow so these chambers stretch, creating growth in both length and girth. While using ExtenZe® as directed, your penis can be larger*.

**What will ExtenZe® Do For Me?***

- Enlarge your penis and erection.
- Give you harder, more frequent erections.
- Give you more intense orgasms.
- Make your erections last longer.
- Makes getting an erection easier and more reliable.
- Enhance desire, power, pleasure and performance.
- Improve your overall sex life and penile sensitivity.

**How Is This for A Good Reason to Try ExtenZe®?**

ExtenZe® is a strong, advanced formula designed to increase the size* of your penis and enhance sexual desire, pleasure and performance. It is one of the newest, most advanced medically designed formulas ever created for male sexual enhancement, it's simply the best and is all natural with no harmful side effects. Increase the size of your penis in just a few weeks by taking one ExtenZe® tablet each day. ExtenZe® works for men of any age.

Even if you've tried everything, even other pills, you owe it to yourself to try the one that really works...ExtenZe®!

*Temporary increase in size while you use ExtenZe®. Individual results may vary.

---

### *Enhance your desire, pleasure and performance!*
### *Order Today!*



# Or Call 800-298-3171

**For telephone orders, call 800-298-3171**
**For customer service, call 800-727-1664, Monday through Friday,**
**6 AM to 7 PM PST.**

 **BIOTAB**

These statements have not been evaluated by the Food and Drug Administration. ExtenZe® is not intended to diagnose, treat, cure, or prevent any disease.

© 2009 Biotab Nutraceuticals, Inc.  All rights reserved. ● Terms and Conditions/Privacy Policy
ExtenZe® is a registered trademark of Biotab Nutraceuticals, Inc.

JS 44
(Rev. 07/89)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE SECOND PAGE OF THIS FORM.)

| **I. (a) PLAINTIFFS** | **DEFENDANTS** |
|---|---|
| VANCE MONROE and MAC GONZALES, individually and on behalf of all others similarly situated, | BIOTAB NUTRACEUTICALS, INC., a California corporation, Daniel Jitten, PM 3:42 an individual, |

FILED

2009 JUN -3 PM 3:42

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

| **(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF  San Diego | COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____ |
|---|---|
| (EXCEPT IN U.S. PLAINTIFF CASES) | (IN U.S. PLAINTIFF CASES ONLY) |
| | NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED. |

| **(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER) | ATTORNEYS (IF KNOWN) |
|---|---|
| Call, Jensen & Ferrell, APC<br>610 Newport Center Drive, Suite 700<br><br>Newport Beach, CA 92660<br>(949) 717-3000 | '09 CV 1207 L   POR |

## II. BASIS OF JURISDICTION (PLACE AN 'X' IN ONE BOX ONLY)

- [ ] 1 U.S. Government Plaintiff
- [ ] 2 U.S. Government Defendant
- [ ] 3 Federal Question (U.S. Government Not a Party)
- [x] 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN 'X' IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)
(For Diversity Cases Only)

| | PT | DEF | | PT | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [x] 1 | [ ] 1 | Incorporated or Principal Place of Business in This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated and Principal Place of Business in Another State | [ ] 5 | [x] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY.)

Civil Code section 1770, et. seq., fraud and unjust enrichment.

28: 1332ff

## V. NATURE OF SUIT (PLACE AN "X" IN ONE BOX ONLY)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| [ ] 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | [ ] 610 Agriculture | [ ] 422 Appeal 28 USC 158 | [ ] 400 State Reapportionment |
| [ ] 120 Marine | [ ] 310 Airplane | [ ] 362 Personal Injury - Medical Malpractice | [ ] 620 Other Food & Drug | [ ] 423 Withdrawal 28 USC 157 | [ ] 410 Antitrust |
| [ ] 130 Miller Act | [ ] 315 Airplane Product Liability | [ ] 365 Personal Injury - Product Liability | [ ] 625 Drug Related Seizure of Property 21 USC 881 | | [ ] 430 Banks and Banking |
| [ ] 140 Negotiable Instrument | [ ] 320 Assault, Libel & Slander | [ ] 368 Asbestos Personal Injury Product Liability | [ ] 630 Liquor Laws | **PROPERTY RIGHTS** | [ ] 450 Commerce/ICC Rates/etc. |
| [ ] 150 Recovery of Overpayment & Enforcement of Judgment | [ ] 330 Federal Employers' Liability | | [ ] 640 R.R. & Truck | [ ] 820 Copyrights | [ ] 460 Deportation |
| [ ] 151 Medicare Act | [ ] 340 Marine | **PERSONAL PROPERTY** | [ ] 650 Airline Regs. | [ ] 830 Patent | [ ] 470 Racketeer Influenced and Corrupt Organizations |
| [ ] 152 Recovery of Defaulted Student Loans (Excl. Veterans) | [ ] 345 Marine Product Liability | [x] 370 Other Fraud | [ ] 660 Occupational Safety/Health | [ ] 840 Trademark | [ ] 810 Selective Service |
| [ ] 153 Recovery of Overpayment of Veteran's Benefits | [ ] 350 Motor Vehicle | [ ] 371 Truth in Lending | [ ] 690 Other | **SOCIAL SECURITY** | [ ] 850 Securities/Commodities/Exchange |
| [ ] 160 Stockholders' Suits | [ ] 355 Motor Vehicle Product Liability | [ ] 380 Other Personal Property Damage | **LABOR** | [ ] 861 HIA (1395ff) | [ ] 875 Customer Challenge 12 USC 3410 |
| [ ] 190 Other Contract | [ ] 360 Other Personal Injury | [ ] 385 Property Damage Product Liability | [ ] 710 Fair Labor Standards Act | [ ] 862 Black Lung (923) | [ ] 891 Agricultural Acts |
| [ ] 195 Contract Product Liability | | | [ ] 720 Labor/Mgmt. Relations | [ ] 863 DIWC/DIWW (405(g)) | [ ] 892 Economic Stabilization Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | [ ] 730 Labor/Mgmt. Reporting & Disclosure Act | [ ] 864 SSID Title XVI | [ ] 893 Environmental Matters |
| [ ] 210 Land Condemnation | [ ] 441 Voting | [ ] 510 Motion to Vacate Sentence | [ ] 740 Railway Labor Act | [ ] 865 RSI (405(g)) | [ ] 894 Energy Allocation Act |
| [ ] 220 Foreclosure | [ ] 442 Employment | **HABEAS CORPUS:** | [ ] 790 Other Labor Litigation | **FEDERAL TAX SUITS** | [ ] 895 Freedom of Information Act |
| [ ] 230 Rent Lease & Ejectment | [ ] 443 Housing/Accommodations | [ ] 530 General | [ ] 791 Empl. Ret. Inc. Security Act | [ ] 870 Taxes (U.S. Plaintiff or Defendant) | [ ] 900 Appeal of Fee Determination Under Equal Access to Justice |
| [ ] 240 Torts to Land | [ ] 444 Welfare | [ ] 535 Death Penalty | | [ ] 871 IRS - Third Party 26 USC 7609 | [ ] 950 Constitutionality of State Statutes |
| [ ] 245 Tort Product Liability | [ ] 440 Other Civil Rights | [ ] 540 Mandamus & Other | | | [ ] 890 Other Statutory Actions |
| [ ] 290 All Other Real Property | | [ ] 550 Civil Rights | | | |
| | | [ ] 555 Prison Conditions | | | |

## VI. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)

- [x] 1 Original Proceeding
- [ ] 2 Removal from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from another district (specify)
- [ ] 6 Multidistrict Litigation
- [ ] 7 Appeal to District Judge from Magistrate Judgment

## VII. REQUESTED IN COMPLAINT:
[x] CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23   DEMAND $ 5,000,000

CHECK YES only if demanded in complaint:
JURY DEMAND: [x] YES   [ ] NO

## VIII. RELATED CASE(S) IF ANY (See instructions):
JUDGE _____   Docket Number _____

| DATE | SIGNATURE OF ATTORNEY OF RECORD |
|---|---|
| June 3, 2009 | Scott J. Ferrell |

1428   6/3/09   B 350.

::ODMA\PCDOCS\WORDPERFECT\22816\1 January 24, 2000 (3:10pm)

**ORIGINAL**

```
Court Name: USDC California Southern
Division: 3
Receipt Number: CAS001628
Cashier ID: sramirez
Transaction Date: 06/03/2009
Payer Name: SANTA ANA LEGAL SUPPORT
---------------------------------
CIVIL FILING FEE
 For: MONROE V. BIOTAB
 Case/Party: D-CAS-3-09-CV-001207-001
 Amount:        $350.00
---------------------------------
CHECK
 Check/Money Order Num: 77463
 Amt Tendered:  $350.00
---------------------------------
Total Due:      $350.00
Total Tendered: $350.00
Change Amt:     $0.00


There will be a fee of $45.00
charged for any returned check.
```